IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JONATHAN PORTER**                                                                                  **PLAINTIFF**

**V.**                                    **NO: 4:17CV00236 JLH/PSH**

**MATT RICE,** *et al.*                                                                            **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Jonathan Porter filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 13, 2017 (Doc. No. 1), and an amended complaint on April 25, 2017 (Doc. No. 2). On May 3, 2017, mail sent to Porter was returned as undeliverable, and the envelope was entered on the docket. *See* Doc. No. 3. On May 5, 2017, the Court entered a text order. *See* Doc. No. 4. In the order, Porter was notified that the mail could not be delivered to him because he was no longer at the address he provided. Porter was directed to provide notice of his current mailing address by no later than thirty days from the entry of the May 5, 2017 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his

complaint be dismissed.  A printed version of the text order was sent to him at his last known address.  The envelope containing the text order could not be delivered to Porter because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket.  *See* Doc. No. 5.

More than 30 days have passed, and Porter has not complied or otherwise responded to the May 5 order.  Porter also failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2).  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Porter's complaint and amended complaint (Doc. Nos. 1 & 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE